No. 72–5731.  Lingham v. Commissioner of Internal Revenue.  C. A. 2d Cir.  Certiorari denied.

No. 72–5735.  Stengel v. City of Anaheim et al.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 72–5736.  Smith v. Indiana.  Sup. Ct. Ind.  Certiorari denied.

No. 71–6893.  Gilson v. Macklin, Sheriff.  C. A. 9th Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–410.  Brooks v. Georgia.  Ct. App. Ga.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–737.  Weiss v. Walsh et al.  C. A. 2d Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–5467.  Klier v. Wainwright, Corrections Director.  C. A. 5th Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–5617.  Jordan v. United States.  C. A. 4th Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–5643.  Wren v. United States.  C. A. 4th Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–386.  Gerberding v. Swenson, Warden.  C. A. 8th Cir.  Motion to dispense with printing petition granted.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.